# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40522** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Isaiah L. EDWARDS** | ) | |
| **Airman Basic (E-1)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Special Panel** |

On 11 March 2024, Appellant submitted a Motion to Withdraw from Appellate Review and Motion to Attach. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 11 March 2024. The Government did not submit any opposition.

Accordingly, it is by the court on this 14th day of March, 2024,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

FLEMING E. KEEFE, Capt, USAF
Acting Clerk of the Court